UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:                                                                           CASE NO: 08-81132
    **LATONNIA G. DOWNS**
        Debtor(s)

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

      **NOW INTO COURT**, comes L. Laramie Henry who respectfully submits the following:

1.
Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on September 29, 2008.

2.
On or about May 18, 2009, Debtor contacted counsel and requested that he withdraw from representation in this case. Counsel advised that withdrawal would not be proper since there was a hearing on confirmation that was scheduled for May 21, 2009.

3.
At the hearing on confirmation, Counsel advised the Court of the debtor's instruction that he withdraw from representation. The Court entered an order directing the debtor to obtain new counsel, file an amended plan, and pay pursuant to the amended plan within fifteen days. Attached as Exhibit "A" is a letter to the debtor advising her of the pending deadlines in her case and of the Court's May 21, 2009 order.

      **WHEREFORE**, L. Laramie Henry prays that he be allowed to withdraw as counsel of record for the debtor in this case.

                                                **Respectfully Submitted,**

                                                **/s/ L. Laramie Henry**
                                                **L. Laramie Henry (#26333)**
                                                **Attorney at Law**
                                                **P. O. Box 8536**
                                                **Alexandria, LA 71306**
                                                **(318) 445-6000**